TT

IN THE UNITED STATES DI[S
FOR THE NORTHERN DISTR

14CV6044
JUDGE CASTILLO
MAG. JUDGE ROWLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA; THE STATES OF ILLINOIS, CALIFORNIA, FLORIDA, TEXAS, INDIANA, LOUISIANA, MICHIGAN, NEW YORK, TENNESSEE and THE COMMONWEALTH OF MASSACHUSETTS; and *ex rel.* DANIEL F. FORD,** | **FILED UNDER SEAL PURSUANT TO 31 U.S.C. §3730** |
| **Plaintiffs,** | **FALSE CLAIMS ACT** |
| **v.** | **JURY TRIAL DEMANDED** |
| **TAKEDA PHARMACEUTICALS USA INC.,** | |
| **Defendant.** | |

**LOCAL RULE 5.7 FILING STATEMENT**

This is a Complaint filed pursuant to 31 U.S.C. §3730, and unless otherwise ordered by the court, the matter shall remain restricted for the period specified in 31 U.S.C. §3730.

Respectfully submitted,

FILED

AUG X 6 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Paul K. Vickrey
NIRO, HALLER & NIRO
181 W. Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
vickrey@nshn.com
Attorney for Plaintiff/Relator