UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 18 2015
Chief Judge Ruben Castillo
United States District Court

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, FLORIDA, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, NEW YORK, and TENNESSEE, *ex rel.* DANIEL F. FORD, Plaintiffs, v. TAKEDA PHARMACEUTICALS USA, INC., Defendant. | No. 14 C ~~1558~~ 6044 Chief Judge Castillo **FILED IN CAMERA AND UNDER SEAL** |

**ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the court's file in this action remain under seal and not be made public or served upon the defendants, except for this order and the notice of election to decline intervention, which the relator will serve upon the defendant only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States as provided for in 31 U.S.C. § 3730©(3). The United States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the court will solicit the written consent of the United States before ruling or granting its approval.

7. should relator remain unrepresented upon unsealing and reassignment of this case, the court should consider the application of the holding in *United States ex rel. Lu v. Ou,* 368 F.3d 773 (7th Cir. 2004), *abrogated on other grounds by United States ex rel. Eisenstein v. City of New York*, 556 U.S. 928 (2009), which prohibits a *pro se* relator from proceeding with a *qui tam* action on behalf of the United States.

IT IS SO ORDERED.

Dated: 9/18/15

Rubén Castillo
Chief Judge
United States District Court