UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES OF CALIFORNIA, FLORIDA, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, NEW YORK, TENNESSEE, *ex rel.* DANIEL F. FORD, <br><br> Plaintiffs, <br><br> v. <br><br> TAKEDA PHARMACEUTICALS USA INC., <br><br> Defendant. | No. 14 C 6044 <br><br> Chief Judge Castillo <br><br> **FILED IN CAMERA AND UNDER SEAL** |

**FILED SEP 18 2015 Chief Judge Ruben Castillo United States District Court**

## UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, notifies the court of its decision not to intervene in this action. The states of California, Florida, Illinois, Indiana, Louisiana, Michigan, New York, Tennessee, and the Commonwealth of Massachusetts also decline to intervene in this action.

Although the United States declines to intervene, we refer the court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States, providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reason for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730©(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States reserves the right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also requests that it be served with all notices of appeal.

The United States requests that the relator's complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Finally, relator's counsel has recently withdrawn and as of the filing of this notice, the United States believes that relator may still be unrepresented. If relator continues to be unable to retain counsel after this case is unsealed and assigned to a new district judge, that court must address the application of the holding in *United States ex rel. Lu v. Ou,* 368 F.3d 773 (7th Cir. 2004), *abrogated on other grounds by United States ex rel. Eisenstein v. City of New York,* 556 U.S. 928 (2009), which prohibits a *pro se* relator from proceeding with a *qui tam* action on behalf of the United States.

A proposed order accompanies this notice.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

Dated: 9/18/15

By: /s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-1994
linda.wawzenski@usdoj.gov

CERTIFICATE OF SERVICE

CAROLYN J. FIEBIG hereby declares that she is employed in the Office of the United States Attorney for the Northern District of Illinois and that on the 18th day of September, 2015, she served by placing in a postage-paid envelope addressed to the following individuals:

Daniel F. Ford, Pro Se
415 Broadway
Cambridge, MA 02138

depositing in the United States mail in the United States Courthouse, Chicago, Illinois, a copy of:

**UNITED STATES' NOTICE
OF ELECTION TO DECLINE INTERVENTION and ORDER**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day September, 2015.

_____
CAROLYN J. FIEBIG