

# United States District Court
# Northern District of Illinois

In the Matter of

United States of America, *et al.*,
ex *rel*. Daniel F. Ford,

v.

Takeda Pharmaceuticals USA Inc.

Honorable John Robert Blakey

Case No. 14 C 6044

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
Judge Ruben Castillo

Dated: September 21, 2015

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
Chief Judge Ruben Castillo

Dated: September 21, 2015

Reassignment/Lot (Rev. 9/99)

The United States of America and the States of California, Florida, Illinois, Indiana, Louisiana, Michigan, New York, Tennessee, and the Commonwealth of Massachusetts have declined to intervene in this False Claims Act action; therefore, it is recommended that this case be reassigned by lot to an active judge of this Court for further proceedings.

Reassignment/Lot (Rev. 9/99)