TT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

2015 SEP 24 AM 7:46

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF ILLINOIS, CALIFORNIA, FLORIDA, TEXAS, INDIANA, LOUISIANA, MICHIGAN, NEW YORK, TENNESSEE And THE COMMONWEALTH OF MASSACHUSETTS; and *ex rel.* DANIEL F. FORD, | Case No. 14 C 6044<br><br>**FILED UNDER SEAL Pursuant to 31 U.S.C. § 3730(b)(2)** |
| Plaintiffs, | **Honorable Ruben Castillo** |
| v. TAKEDA PHARMACEUTICALS USA INC., | |
| Defendant. | |

**MOTION TO DISMISS**

Daniel F. Ford, relator, now moves that his complaint be dismissed without prejudice. The relator is unrepresented by counsel and requests that although he is prohibited from proceeding *pro se*, his motion to dismiss may be granted.

Respectfully submitted,

Daniel F. Ford

Daniel F. Ford
415 Broadway
Cambridge, MA. 02139
Tel. 617 955 3832
Email: dfsquared@mac.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2015 the foregoing

## MOTION TO DISMISS

was filed electronically under seal with the Clerk of Court. The foregoing was also served upon the following:

***By Electronic Transmission:*** Linda A. Wawzenski Assistant U.S. Attorney U. S. Attorney's Office – Northern District of Illinois 219 S. Dearborn St. – Fifth Floor Chicago, IL 60604 linda.wawzenski@usdoj.gov